DIONICIO CASTELLO v. THE STATE.

1. An indictment for theft of cattle charged the taking of three head of neat cattle or beeves.  *Held*, to be defective for uncertainty ; the word beeves may include neat stock, but all neat stock are not beeves in common or legal parlance.
2. Indictments for theft of cattle under the act of August 12th, 1866, Chapter 159, must charge the taking of the cattle from the possession of some one.

APPEAL from Webb.   Tried below before the Hon. Wm. H. Russell.

*Lovenskold & McCampbell*, for appellant.

*Wm. Alexander, Attorney-General*, for the State.

WALKER, J.   The property alleged to have been stolen, is not of that class enumerated in the act of November 12th, 1866, unless we can suppose that neat stock or beeves come under the denomination of cattle.

But the indictment is uncertain ; it charges the theft of three head of neat stock or beeves.   The word beeves may include neat stock, but all neat stock are not beeves, in common or legal parlance.   The indictment does not charge the taking of the animals from the possession of any person.

The judgment of the District Court must be reversed and the cause dismissed.

Reversed and remanded.